IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DALE D. REEVES                                                      PLAINTIFF

v.                                Case No. 2:17-CV-2185

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                              DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 7th day of December, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE